# United States District Court

DISTRICT OF \_\_\_\_DELAWARE\_\_\_\_

UNITED STATES OF AMERICA

v.

RICHARD LAWRENCE

Criminal Complaint
Case No. 06- 41M-MPT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From in or around August 2004, through in or around November 2004, in New Castle County, in the District of Delaware and elsewhere defendant(s), (Track Statutory Language of Offense)

did knowingly execute or attempt to execute a scheme or artifice to obtain any of the moneys owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises

in violation of Title \_\_\_18\_\_\_ United States Code, Section(s) \_1344\_.

I further state that I am a(n) \_\_U.S. Postal Inspector\_\_ and that this complaint is based
Official Title
on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   YES

Khary Freeland
Postal Inspector
U.S. Postal Inspection Service

FILED
APR 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sworn to before me and subscribed in my presence,

April 7, 2006                             at   Wilmington, DE
Date                                            City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer              Signature of Judicial Officer

**Affidavit of Postal Inspector Khary Freeland**

I, Khary Freeland, being duly sworn, state the following under oath:

1. I am a Postal Inspector with the United States Postal Inspection Service, and have been so employed for over three (3) years. I am currently assigned to the Identity Theft/Financial Crimes Team. In this capacity, I have conducted investigations involving various types of fraud, including bank fraud, wire fraud, mail fraud, access device fraud, check fraud and identity theft. Prior to becoming a Postal Inspector, I was a member of the Philadelphia Police Department for five and one-half (5½) years, the last three (3) of which were spent as a detective in the Special Victims Unit.

2. In addition to my law enforcement experience, I have received the following training: basic inspector training for two and one-half (2½) months at the U.S. Postal Inspection Service Career Development Division, one (1) week of specialized training that included instruction on bank fraud, identity theft and related frauds presented by the Postal Inspection Service, and have attended conferences hosted by the International Association of Financial Crimes Investigators (IAFCI) where topics included the investigation of various financial crimes. I am a current IAFCI member and also the Credit Card Coordinator for the Postal Inspection Service Philadelphia Division.

3. This affidavit is submitted in support of a criminal complaint and warrant charging RICHARD LAWRENCE with bank fraud in violation of Title 18, U.S.C., Section 1344. The allegations set forth in this affidavit are based upon my personal knowledge, as well as upon information obtained from law enforcement officers, investigators, complaints, witnesses, public records and other parties and sources. This affidavit does not contain all information obtained in the course of the investigation, as it details only a sampling of the fraudulent checks that were negotiated by Lawrence -

    a sampling that, your affiant submits, is sufficient to establish probable cause to arrest.

4. A "closed account check" for the purposes of this affidavit is defined as a real check from a previously open bank account that has been closed. When a closed account check is presented for payment, the accepting bank does not know that the account from which the funds are to be drawn is closed until the check goes through the clearing process and is returned stamped either "invalid" or "closed account."

5. A "counterfeit check" for the purposes of this affidavit is defined as a duplicate check that is manufactured as a facsimile of the original without the consent of the account holder.

6. During the course of this investigation, I obtained and reviewed a copy of the defendant's photograph that is on file with the Pennsylvania Department of Motor Vehicles. I also obtained and reviewed prior arrest photographs of the defendant. In this way, I became familiar with the defendant's appearance.

7. On or about August 10, 2004, the defendant posed as Wachovia Bank customer Michael Schalk by presenting a counterfeit Delaware driver's license and cashed two (2) closed account checks, made payable to Michael Schalk, totaling $7,466.00 at Wachovia branches located in Philadelphia, PA. Bank surveillance photographs show the defendant completing the two transactions.

8. On or about August 13, 2004, the defendant posed as Wachovia Bank customer Brent G. Vitek by presenting a counterfeit Maryland driver's license and cashed one (1) closed account check, made payable to Brent G. Vitek, totaling $3,786.00 at a Wachovia branch located in Philadelphia, PA. Bank surveillance photographs show the defendant completing the transaction.

cash one (1) closed account check, made payable to Brent G. Vitek, totaling $3,642.00 at a Wachovia branch located in Philadelphia, PA. The teller did not process the transaction and confiscated the check and the counterfeit driver's license that displayed a photo of the defendant accompanied by Brent G. Vitek's identifiers and address. Bank surveillance photographs show the defendant attempting the transaction.

10. On or about August 16, 2004, the defendant posed as Wachovia Bank customer Syed S. Hosain by presenting a counterfeit Maryland driver's license and cashed two (2) closed account checks, made payable to Syed S. Hosain, totaling $7,574.00 at Wachovia branches located in Broomall, PA and Newtown Square, PA. Bank surveillance photographs show the defendant completing the two transactions.

11. On or about August 24, 2004, the defendant posed as Wachovia Bank customer Neelam Batra by presenting a counterfeit Maryland driver's license and cashed six (6) closed account checks, made payable to Neelam Batra, totaling $27,308.00 at Wachovia branches located in Petersburg, VA, Colonial Heights, VA, Hopewell City, VA, Central, VA and Fredericksburg, VA. Bank surveillance photographs show the defendant completing the six transactions.

12. On or about September 16, 2004, the defendant posed as James Knight by presenting a counterfeit Pennsylvania driver's license and cashed two (2) counterfeit Applied Control Engineering Inc. checks, made payable to James Knight, totaling $3,452.42 at Wilmington Trust Company branches located at 5107 Concord Pike, Wilmington, DE and 1207 N. Union Street, Wilmington, DE. Bank surveillance photographs show the defendant completing the two transactions.

Case 1:06-mj-00041-MPT   Document 2   Filed 04/07/2006   Page 5 of 5

4

13. On or about October 14, 2004, the defendant posed as Citizens Bank customer Yousef Nouryousefi by presenting a counterfeit identification and cashed two (2) counterfeit checks, made payable to Yousef Nouryousefi, totaling $5,900.00 at Citizens Bank branches in Philadelphia, PA and Bensalem, PA. Bank surveillance photographs show the defendant completing the two transactions.

14. On or about November, 4, 2004, the defendant posed as Wachovia Bank customer Robert W. Hunter by presenting a counterfeit identification and cashed three (3) counterfeit Classic Settlements, Inc. checks, made payable to Robert W. Hunter, totaling $7,350.00 at Wachovia branches located in Broomall, PA, Wynnewood, PA and Bala Cynwyd, PA. Bank surveillance photographs show the defendant completing two of the three transactions.

15. During the relevant time period, Wachovia Bank, Wilmington Trust Company and Citizens Bank were each federally insured financial institutions.

16. Based on the above facts and my experience investigating identity theft and check and bank fraud schemes, I believe that probable cause exists for the issuance of a criminal complaint and warrant charging RICHARD LAWRENCE with violations of Title 18, United States Code, Section 1344 (Bank Fraud).

_____
Khary Freeland
United States Postal Inspector

