## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           :

        Plaintiff,                  :

        v.                          :           Criminal Action No. 06-41M-MPT

RICHARD LAWRENCE,                   :

        Defendant.                  :

### PETITION FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by its attorney, Beth Moskow-Schnoll, Assistant United States Attorney, with the knowledge and consent of Colm F. Connolly, United States Attorney for the District of Delaware, respectfully shows:

1.     On April 7, 2006, this Court signed a criminal complaint charging the defendant with bank fraud in violation of 18 U.S.C. § 1344.

2.     The defendant, Richard Lawrence (Michigan SBI 589835), is scheduled to appear before this Court on April 26, 2007, at 1:00 p.m. for an Initial Appearance on the bank fraud charges.

3.     The defendant is currently being held at the Kinross Correctional Facility, 16770 S. Watertower Drive, Kincheloe, Michigan 49788, where he is serving a state sentence.

WHEREFORE, petitioner prays that the Clerk of the Court be instructed to issue a writ of

habeas corpus ad prosequendum to the United States Marshal for the District of Delaware and to

the Warden of the Kinross Correctional Facility to bring Richard Lawrence before this Court on

April 26, 2007, at 1:00 p.m. for an Initial Appearance with Richard Lawrence to remain in the

custody of the United States Marshal until the federal criminal proceedings are final.


COLM CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney


Dated: March 19, 2007



IT IS SO ORDERED this ___ day of March, 2007.



_____
Honorable Mary Pat Thynge
United States Magistrate Judge