# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|     Plaintiff, § | |
| § | CRIMINAL ACTION NO. **06-41M-MPT** |
| v. § | |
| § | |
| **RICHARD LAWRENCE** § | |
|     Defendant. § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
WARDEN OF THE KINROSS CORRECTIONAL FACILITY,
16770 S. WATERTOWER DRIVE, KINCHELOE, MICHIGAN

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **RICHARD LAWRENCE** who is now detained and imprisoned in the KINCHELOE CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **RICHARD LAWRENCE** was charged with BANK FRAUD in violation of 18 U.S.C. SECTION 1344. The defendant is scheduled for an **INITIAL APPEARANCE on THURSDAY, APRIL 26, 2007** at **1:00 PM** and to be remain in the custody of the U.S. Marshal's Service until the conclusion of the federal charges. And have you then and there this writ.

    To the Marshal of the District of Delaware to execute. WITNESS the Honorable Mary Pat Thynge, United States Magistrate Judge of the District Court of the United States for the District of Delaware, this 20th day of March 2007.

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk

FILED
MAR 22 2007