AO 442 (Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

RICHARD LAWRENCE

**WARRANT FOR ARREST**

CASE NUMBER: 06- 41M-MPT

To: The United States Marshal
and any Authorized United States Officer

S̶E̶A̶L̶E̶D̶ UNSEALED.

**YOU ARE HEREBY COMMANDED** to arrest Richard Lawrence, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

**charging him with** (brief description of offense)

knowingly executing and attempting to execute a scheme or artifice to obtain any of the moneys owned by, or under the custody or control of, a financial institution by means of false or fraudulent pretenses, representations or promises,

in violation of Title __18__ United States Code, Section (s) __1344__.

Honorable Mary Pat Thynge
Name of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

[signature]
Signature of Issuing Officer

April 7, 2006    Wilmington, Delaware
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 844 King St. Wilm, DE 19801 |||
| DATE RECEIVED 4/7/06 | NAME AND TITLE OF ARRESTING OFFICER J. Folicichio | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 4/14/07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest


REDACTED

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Richard Lawrence

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH: _____, 65

SOCIAL SECURITY NUMBER: 0866

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:   Postal Inspector Khary Freeland